JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN DOPLER, | Case No. CV11-4183 RGK (PLAx) |
| Plaintiff, | **[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |
| vs. | |
| STANDARD INSURANCE COMPANY, | |
| Defendant. | |

## [PROPOSED] ORDER

Based upon the stipulation of the parties and for good cause shown,

**IT IS HEREBY ORDERED** that this action, Case No. CV11-4183 RGK (PLAx) is dismissed in its entirety as to all defendants, with prejudice.

**IT IS HEREBY FURTHER ORDERED** that each party shall bear its own attorneys' fees and costs in this matter.

DATED: February 29, 2012

_____
Hon. R. Gary Klausner
Judge, United States District Court

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

124207.1

1

Case No. CV11-4183 RGK (PLAx)
[PROPOSED] ORDER DISMISSING
ACTION WITH PREJUDICE